THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANGELO PAINO, Respondent.

(Submitted June 2, 1930; decided June 13, 1930.)

*James T. Hallinan, District Attorney (Mordecai Konowitz* of counsel), for appellant.

*Edward J. Reilly* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.  Not voting: LEHMAN, J.